UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**UNITED STATES OF AMERICA**
**ex rel. STEPHEN MCMULLEN**

**v.**                                                          **JUDGMENT IN A CIVIL CASE**

**THE WEST CLINIC, P.C., d/b/a**                **CASE NO: 08-02587**
**MEMPHIS HEART CLINIC**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED  that in accordance with the ORDER UNSEALING AND DISMISSING CASE entered on November 17, 2009, this cause is hereby dismissed with prejudice.**

APPROVED:

s/Bernice B. Donald
**UNITED STATES DISTRICT COURT**

DATE: 11/18/2009                              THOMAS M. GOULD
                                              Clerk of Court


                                              s/Taffy Elchlepp
                                              (By)  Deputy Clerk